# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Eugene Laron Johnson, | Civ. No. 22-1299 (JRT/BRT) |
| Plaintiff, | |
| v. | **ORDER** |
| MCF – St. Cloud; S. Holzapfel, Nurse; and A. Zamora, Health Services Supervisor, | |
| Defendants. | |

**IT IS HEREBY ORDERED** that:

1. The applications to proceed *in forma pauperis* of plaintiff Eugene Laron Johnson (Doc. Nos. 3, 12) are **GRANTED**.

2. Johnson must submit a properly completed Marshal Service Form (Form USM-285) for each defendant. If Johnson does not complete and return the Marshal Service Forms within 30 days of this order, it will be recommended that this matter be dismissed without prejudice for failure to prosecute. Marshal Service Forms will be provided to Johnson by the Court.

3. After the return of the completed Marshal Service Forms, the Clerk of Court is directed to seek waiver of service from defendants S. Holzapfel and A. Zamora in their personal capacities, consistent with Rule 4(d) of the Federal Rules of Civil Procedure.

4. If a defendant sued in his or her personal capacity fails without good cause to sign and return a waiver within 30 days of the date that the waiver is mailed, the Court will impose upon that defendant the expenses later incurred in effecting service of process. Absent a showing of good cause, reimbursement of the costs of service is mandatory and will be imposed in all cases in which a defendant does not sign and return a waiver of service form. *See* Fed. R. Civ. P. 4(d)(2).

5. The U.S. Marshals Service is directed to effect service of process on defendant MCF – St. Cloud consistent with Rule 4(j) of the Federal Rules of Civil Procedure.

6. Johnson must pay the unpaid balance ($350.00) of the statutory filing fee for this action in the manner prescribed by 28 U.S.C. § 1915(b)(2), and the Clerk of Court shall provide notice of this requirement to the authorities at the institution where Johnson is confined.

Dated: July 12, 2022         *s/ Becky R. Thorson*
                             BECKY R. THORSON
                             United States Magistrate Judge