# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Eugene Laron Johnson, | Civ. No. 22-1299 (JRT/BRT) |
| Plaintiff, | |
| v. | **ORDER** |
| MCF – St. Cloud; S. Holzapfel, Nurse; and A. Zamora, Health Services Supervisor, | |
| Defendants. | |

This matter is before the Court on Plaintiff's September 8, 2022 letter requesting an extension on his response to Defendants' motion to dismiss. (Doc. No. 43.) On August 17, 2022, Defendants filed a motion to dismiss Plaintiff's pro se civil rights complaint. (Doc. No. 35.) On August 19, 2022, the Court set out a briefing schedule, giving Plaintiff until September 9, 2022, to file a response. (Doc. No. 37.) On September 8, 2022, the Court received a letter from Plaintiff addressed to the Clerk of Court requesting extra time to file his response. (Doc. No. 43.) Plaintiff states that he requires additional time because he had been housed in segregation for several days and is having difficulties obtaining copies of documents. Defendants did not file any objection to Plaintiff's request.

The Court will extend Plaintiff's response deadline from September 9, 2022, to September 28, 2022. Plaintiff's response must be filed on, or before, **Wednesday,**

**September 28, 2022**. Thereafter, Defendants shall have **14 days** from the date of Plaintiff's response to file a final reply.

    **SO ORDERED.**

Dated: September 19, 2022          *s/ Becky R. Thorson*
                                             BECKY R. THORSON
                                             United States Magistrate Judge