UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| EUGENE LARON JOHNSON, | Civil No. 22-1299 (JRT/LIB) |
| Plaintiff, | |
| v. | **ORDER** |
| MCF-ST. CLOUD, et al., | |
| Defendants. | |

Eugene Laron Johnson, OID# 228601, MCF Oak Park Heights, 5329 Osgood Avenue North, Stillwater, MN 55082-1117, *pro se* plaintiff.

Anna L Veit-Carter, **MINNESOTA ATTORNEY GENERAL'S OFFICE,** 445 Minnesota Street, Suite 1400, St. Paul, MN 55101-2128, for defendants.

United States Magistrate Judge Becky R. Thorson issued a Report and Recommendation dated November 10, 2022. No objections have been filed to that Report and Recommendation in the time period permitted.

The Court, being duly advised in the premises, upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records and proceedings herein, now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1. Defendants' motion is granted insofar as Plaintiff's claims against Defendants MCF-St. Cloud and A. Zamora be **DISMISSED WITHOUT PREJUDICE**;

2. Defendants' motion is further granted insofar as Plaintiff's discrimination claim, "obstruction of justice" claim, state-law claims, and request for injunctive relief be **DISMISSED WITHOUT PREJUDICE**;

3. Defendants' motion is otherwise **DENIED** as to Plaintiff's deliberate indifference claim against Defendant S. Holzapfel; and

4. Defendants MCF-St. Cloud and A. Zamora be terminated from this action.

Dated: December 14, 2022
at Minneapolis, Minnesota

                                                s/John R. Tunheim_____
                                                JOHN R. TUNHEIM
                                                United States District Court